BERTHA ALBRING, as Administratrix of ELMER S. ALBRING, Deceased, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

167b 529
s167 608
167a 529
s168 594

*Albring* v. *N. Y. C. & H. R. R. R. Co.*, 46 App. Div. 460, appeal dismissed.

(Argued March 19, 1901; decision suspended March 26, 1901; decided April 30, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, made

December 29, 1899, which reversed a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial and granted a new trial.   (See 166 N. Y. 287.)

*D. P. Morehouse* for appellant.

*Edward Harris* for respondent.

Appeal dismissed, without costs ; no opinion.

Concur : PARKER, Ch. J., BARTLETT, MARTIN, VANN and CULLEN, JJ.   Not sitting : GRAY and WERNER, JJ.